# RETURN OF SERVICE

| State of Florida | County of | District Court |

Case Number: 3:23-CV-01478

Plaintiff:
**Genard Denez Chestnut**

vs.

Defendant:
**Tony Anderson, Et Al**

For:
Law Office Of James Cook

SSJ2024001977

Received by Accurate Serve Jacksonville on the 14th day of March, 2024 at 2:51 pm to be served on **Robert Petry, 3720 Cameron Crossing Dr., Jacksonville, FL 32223**.

I, Roger Martucci, do hereby affirm that on the **15th day of March, 2024** at **11:25 am, I:**

**Substituted at Residence:** by delivering a true copy of the **Summons In A Civil Action, Complaint For Damages, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Pamela Petry** as **Mother / Coresident** at **3720 Cameron Crossing Dr., Jacksonville, FL 32223** the residential address of the within named who resides therein, who is fifteen (15) years of age or older and server informed said person of the contents therein, in compliance with state statutes per F.S. 48.031(1)(a)

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

**Roger Martucci**
#771

**Accurate Serve Jacksonville**
**4446 Hendricks Ave. #207**
**Jacksonville, FL 32207**
**(904) 735-7810**

Our Job Serial Number: SSJ-2024001977
Ref: J242394

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n