# VERIFIED RETURN OF SERVICE

Job # T241729

**Client Info:**

LAW OFFICE OF JAMES COOK
314 West Jefferson Street
Tallahassee, FL  32301

**Case Info:**

**PLAINTIFF:**
GENARD DENEZ CHESTNUT
 -versus-
**DEFENDANT:**
TONY ANDERSON; ET AL.

USDC FOR THE MIDDLE DISTRICT OF FLORIDA

Court Case # **3:23-cv-01478-WWB-JBT**

**Service Info:**

Received by Harley Kevin Ahrens: on March, 7th 2024 at **12:06 PM**
**Service:** I Served **Trent Rulevitch**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET**
by leaving with **Trent Rulevitch, PERSONALLY**

**At Residence 5648 COUNTY ROAD 218 JACKSONVILLE, FL 32234**
Latitude: **30.112423**,   Longitude: **-81.974893**

On **3/13/2024** at **05:29 PM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE: Service of original process is made by delivering a copy of it to the person to be served with a copy of the complaint, petition, or other initial pleading or paper

**Served Description: (Approx)**

Age: **30**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 8"**, Weight: **190**, Hair: **Blond** Glasses: **No**
Other: I served Trent Rulevitch who stated his name and accepted documents.

I **Harley Kevin Ahrens** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Harley Ahrens*

**Harley Kevin Ahrens**

**ACCURATE SERVE TALLAHASSEE**
400 Capital Circle SE, Suite 18291
Tallahassee, FL 32301

Client # T241729
Ref # J242287




1 of 1