# VERIFIED RETURN OF SERVICE

Job # T241730

**Client Info:**

LAW OFFICE OF JAMES COOK
314 West Jefferson Street
Tallahassee, FL  32301

**Case Info:**

**PLAINTIFF:**
GENARD DENEZ CHESTNUT
 -versus-
**DEFENDANT:**
TONY ANDERSON; ET AL.

USDC FOR THE MIDDLE DISTRICT OF FLORIDA

Court Case # **3:23-cv-01478-WWB-JBT**

**Service Info:**

Received by Kimberley Bedient: on March, 6th 2024 at **03:38 PM**
Service: I Served **David Snow Corrections Officer**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET**
by leaving with **David Snow, PERSONALLY**

**At Business 6901 STATE ROAD 62 BOWLING GREEN, FL 33834**
Latitude: **27.590836**,   Longitude: **-82.012233**

On **3/11/2024** at **02:56 PM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description:  (Approx)**

Age: **40**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 7"**, Weight: **260**, Hair: **Bald** Glasses:  **No**

**Service Comments:**

Name on uniform D. Snow

I **Kimberley Bedient** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Kimberly A. Bedient*

**Kimberley Bedient**
Lic # **CA 1028**

**Accurate Serve of Tallahassee**
400 Capital Circle SE, Suite 18291
Tallahassee, FL 32301

Client # T241730
Ref # 68172




1 of 1

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

GENARD DENEZ CHESTNUT

*Plaintiff*

v.  Civil Action No. 3:23-cv-01478-WWB-JBT

TONY ANDERSON, et al,

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Snow
Corrections Officer
6901 State Road 62
Bowling Green, FL 33834-9505
863-767-4500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES V. COOK
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850 222-8080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

LourdesDelRio

Date: January 16, 2024

*Signature of Clerk or Deputy Clerk*