| | |
|---|---|
| **From:** | ACCURATE SERVE TALLAHASSEE <brennan.fogarty@accurateservetally.com> |
| **Sent:** | Thursday, March 14, 2024 1:25 PM |
| **To:** | cookjv@gmail.com |
| **Subject:** | Status on T241723,  (Tony Anderson Ass't Regional Director FDC Region 2 Office) |

This is an automated status email:
From: ACCURATE SERVE OF TALLAHASSEE
To: LAW OFFICE OF JAMES COOK
Job # T241723
Serve To: **Tony Anderson Ass't Regional Director FDC Region 2 Office**
Case Info:
Court: USDC FOR THE MIDDLE DISTRICT OF FLORIDA
Court Case # **3:23-cv-01478-WWB-JBT**


Re: PLAINTIFF
GENARD DENEZ CHESTNUT
-Versus-
Re: DEFENDANT
TONY ANDERSON; ET AL.

Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET

Service Address: 7763 S. CR 231 Lake Butler, FL 32054
Latest Status:

Server Name: Harely Ahrens
Attempt Date: Thursday, 03/14/2024 at 12:29 PM
Location: 7763 S. CR 231, Lake Butler, FL 32054
Lon: -82.364006 Lat:30.006146
Notes: I spoke with his assistant who stated he would not be back in till sometime Monday he is in Tallahassee at meetings.


Server Name: Harely Ahrens
Attempt Date: Wednesday, 03/13/2024 at 02:30 PM
Location: 7763 S. CR 231, Lake Butler, FL 32054
Lon: -82.356992 Lat:29.987529
Notes: subject not in today. was not given a time and date he maybe here. will attempt again in the next couple days.


Detailed Status is available at www.PaperTracker.info

1

| | |
|---|---|
| **From:** | ACCURATE SERVE TALLAHASSEE <brennan.fogarty@accurateservetally.com> |
| **Sent:** | Wednesday, March 13, 2024 3:28 PM |
| **To:** | cookjv@gmail.com |
| **Subject:** | Status on T241723,  (Tony Anderson Ass't Regional Director FDC Region 2 Office) |

This is an automated status email:
From: ACCURATE SERVE OF TALLAHASSEE
To: LAW OFFICE OF JAMES COOK
Job # T241723
Serve To: **Tony Anderson Ass't Regional Director FDC Region 2 Office**
Case Info:
Court: USDC FOR THE MIDDLE DISTRICT OF FLORIDA
Court Case # **3:23-cv-01478-WWB-JBT**


Re: PLAINTIFF
GENARD DENEZ CHESTNUT
-Versus-
Re: DEFENDANT
TONY ANDERSON; ET AL.

Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET

Service Address: 7763 S. CR 231 Lake Butler, FL 32054
Latest Status:

Server Name: Harely Ahrens
Attempt Date: Wednesday, 03/13/2024 at 02:30 PM
Location: 7763 S. CR 231, Lake Butler, FL 32054
Lon: -82.356992 Lat:29.987529
Notes: subject not in today. was not given a time and date he maybe here. will attempt again in the next couple days.


Detailed Status is available at www.PaperTracker.info