UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                                        Case No. 3:23-cv-1478-WWB-JBT

TONY ANDERSON, et al.,

    Defendants.
_____

### ORDER

Plaintiff's Motion to Extend Time for Service (Doc. 17) is **GRANTED**. Plaintiff shall serve Defendant Anderson and provide the Court with documents reflecting proper, completed service by **May 17, 2024**.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of March, 2024.

JOEL B. TOOMEY
United States Magistrate Judge

caw 3/18
c:
Counsel of Record