UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ, CHESTNUT

    Plaintiff,

v.

TONY ANDERSON, *et al.*,

    Defendants.

Case No. 3:23-cv-1478-WWB-JBT

## **LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Genard Denez Chestnutt, Plaintiff;
- Law Office of James Cook, Attorneys for Plaintiff;
    - James V. Cook, Attorney for Plaintiff
- Slater Legal PLLC, Attorneys for Plaintiff;
    - James M. Slater, Attorney for Plaintiff;
- Tony Anderson, Defendant;
- David Snow, Defendant;

- Michael Brown, Defendant;

- Sterling Peugh, Defendant;

- Trent Rulevitch, Defendant;

- Sifoa Robbins, Defendant;

- Willie Oliver, Defendant;

- Lyndell Hampton, Defendant;

- Robert Petry, Defendant;

- Joel Starling, Defendant;

- Robert Brown, Defendant;

- Howell Buchan & Strong, Attorneys for Defendants; and
    - Lauren Strickland, Attorney for Defendants.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** Plaintiff seeks damages, costs, and attorney's fees.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: May 17, 2024

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd #116
Atlanta, Georgia 30345
Tel. (305) 523-9023
james@slater.legal

*/s/ James V. Cook*
James V. Cook (FBN 966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
cookjv@gmail.com

*Attorneys for Plaintiff*
