UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENARD DENEZ CHESTNUT,**

    **Plaintiff,**

v.                                                             Case No. 3:23-cv-1478

**TONY ANDERSON, DAVID SNOW,
MICHAEL BROWN, STERLING PEUGH,
TRENT RULEVITCH, SIFOA ROBBINS,
WILLIE OLIVER, LYNDELL HAMPTON,
ROBERT PETRY, JOEL STARLING, and
ROBERT BROWN, individually,**

    **Defendants.**
_____/

## MOTION TO ACCEPT RESPONSES AS TIMELY FILED

Defendants, ANDERSON, SNOW, M. BROWN, PEUGH, RULEVITCH, ROBBINS, OLIVER, HAMPTON, PETRY, STARLING, and R. BROWN (hereinafter referred to as "Defendants"), by and through undersigned counsel, move this Court to accept the responses to the Complaint filed on May 29, 2024, as timely filed, and state the following:

1. On December 18, 2023, the Complaint was filed in the instant case. [ECF No. 1]

2. On March 28, 2024, Defendants, by and through undersigned counsel, filed an unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint. [ECF No. 20].

3. On April 1, 2024, this Court granted the unopposed Motion for Enlargement of Time, allotting Defendants until May 28, 2024, to respond to the Complaint.

4. On May 28, 2024, while the undersigned counsel was doing a final review and revision of the relevant motions to dismiss and answers to the Complaint, a tree fell on power lines near her home, causing her to lose electricity and Wi-Fi.

5. The loss of electricity and Wi-Fi prevented the undersigned counsel from finalizing the documents and filing them on May 28, 2024.

6. The motions to dismiss and the answers to the complaint are being filed on May 29, 2024.

7. The undersigned counsel has conferred with opposing counsel, and they have no objection and consent to accepting these responses as timely.

**WHEREFORE**, Defendants respectfully request that this Court accept the responses filed on May 29, 2024, as timely filed.

Respectfully submitted,

*/s/ Lauren F. Strickland*
Lauren F. Strickland, Esq.
Florida Bar No. 0070781
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Email: Lauren@jsh-pa.com
Attorney for Defendant Robbins

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on May 29, 2024.

*/s/ Lauren F. Strickland*
Lauren F. Strickland, Esq.