UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                                                Case No. 3:23-cv-1478-WWB-JBT

TONY ANDERSON, et al.,

    Defendants.
_____

## ORDER

Defendants' unopposed Motion to Accept Responses as Timely Filed (Doc. 40) is **GRANTED**, and Defendants' Answers and Motions to Dismiss (Docs. 29–39) are **ACCEPTED as timely filed**.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of May, 2024.

*[signature: Joel B. Toomey]*
JOEL B. TOOMEY
United States Magistrate Judge

caw 5/30
c:
Counsel of Record