UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENARD DENEZ CHESNUT,**

    **Plaintiff,**

v.                                              Case No. 3:23-cv-1478-WWB-JBT

**TONY ANDERSON, DAVID SNOW, MICHAEL BROWN, STERLING PEUGH, TRENT RULEVITCH, SIFOA ROBBINS, WILLIE OLIVER, LYNDELL HAMPTON, ROBERT PETRY, JOEL STARLING, and ROBERT BROWN, individually,**

    **Defendants.**

_____/

## **DEFENDANTS' DISCLOSURE STATEMENT**

Defendants, DAVID SNOW, MICHAEL BROWN, STERLING PEUGH, TRENT RULEVITCH, SIFOA ROBBINS, WILLIE OLIVER, LYNDELL HAMPTON, ROBERT PETRY, JOEL STARLING, and ROBERT BROWN, by and through the undersigned counsel, hereby disclose the following pursuant to Local Rule 3.03:

    1.    Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate,

1

affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome;

**Genard Denez Chestnut**, Plaintiff

**James V. Cook, Esq.**, Attorney for Plaintiff

**Law Office of James Cook**, Attorneys for Plaintiff

**James M. Slater, Esq.**, Attorney for Plaintiff

**Offices of Slater Legal**, Attorneys for Plaintiff

**David Snow**, Defendant

**Michael Brown**, Defendant

**Sterling Peugh**, Defendant

**Trent Rulevitch**, Defendant

**Sifoa Robbins**, Defendant

**Willie Oliver**, Defendant

**Lyndell Hampton**, Defendant

**Robert Petry**, Defendant

**Joel Starling**, Defendant

**Robert Brown**, Defendant

**Lauren F. Strickland**, Attorney for Defendants

**Howell, Buchan & Strong**, Attorneys for Defendants

**Records Custodian Florida Department of Corrections**, Records Custodian

2. Each entity with publicly traded shares or debt potentially affected by the outcome;

**None.**

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

**None.**

4. Each person arguably eligible for restitution.

**Plaintiff is seeking damages in this matter.**

## Certification of Conflicts of Interest

Defendant certifies that, except as disclosed, it is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and it will immediately notify the judge in writing within fourteen (14) days after it knows of a conflict.

Respectfully submitted,

/s/ *Lauren F. Strickland*
Lauren F. Strickland, Esq.
Florida Bar No. 0070781

> Howell, Buchan & Strong
> 2898-6 Mahan Drive
> Tallahassee, Florida 32308
> Telephone: (850) 877-7776
> Email: Lauren@jsh-pa.com
> *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record by CM/ECF on June 3, 2024

> */s/ Lauren F. Strickland*
> Lauren F. Strickland, Esq.