UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                                  Case No. 3:23-cv-1478-WWB-JBT

TONY ANDERSON, et al.,

    Defendants.
_____

## **ORDER**

    Defendants' Motions to Dismiss (Docs. 35–39) are **DENIED as moot**. Defendants shall file responses to the Amended Complaint (Doc. 44) by **July 11, 2024**.

    **DONE AND ORDERED** at Jacksonville, Florida, this 11th day of June, 2024.

*[signature: Joel B. Toomey]*

JOEL B. TOOMEY
United States Magistrate Judge

caw 6/11
c:
Counsel of Record