UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

        Plaintiff,

v.                                                    Case No.: 3:23-cv-1478-WWB-JBT

TONY ANDERSON, DAVID SNOW,
MICHAEL BROWN, STERLING
PEUGH, TRENT RULEVITCH, SIFOA
ROBBINS, WILLIE OLIVER, LYNDELL
HAMPTON, ROBERT PETRY, JOEL
STARLING, and ROBERT BROWN,

        Defendants.

## ORDER

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 43). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before **July 11, 2024.**

**DONE** and **ORDERED** in Jacksonville, Florida on June 11, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties