UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

TONY ANDERSON, *et al.*,

    Defendants.

Case No. 3:23-cv-1478-WWB-JBT

## **PLAINTIFF'S NOTICE OF MEDIATITON**

Pursuant to the Court's Order (Doc. 47), Plaintiff Genard Chestnut provides notice that mediation has been scheduled in this case for **Thursday, January 16, 2024, beginning at 10:00 a.m. eastern time** to be performed by videoconference. The mediator on this case is Thomas H. Bateman, III, of Messer Caparello, P.A., 2618 Centennial Place, P.O. Box 15579, Tallahassee, Florida 32308, Tel. (850) 201-5221.

    Dated: June 20, 2024

                                      Respectfully submitted,

                                      */s/ James V. Cook*
                                      James V. Cook (FBN 0966843)
                                      Law Office of James Cook
                                      314 W. Jefferson Street
                                      Tallahassee, Florida 32301
                                      Tel. (850) 222-8080
                                      cookjv@gmail.com

/s/ James M. Slater
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345
Tel.  (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff*