UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

TONY ANDERSON, *et al.*,

    Defendants.

Case No. 3:23-cv-1478-WWB-JBT

## PLAINTIFF'S AMENDED[1] NOTICE OF MEDIATITON

Pursuant to the Court's Order (Doc. 47), Plaintiff Genard Chestnut provides notice that mediation has been scheduled in this case for **Thursday, January 16, 2025, beginning at 10:00 a.m. eastern time** to be performed by videoconference. The mediator on this case is Thomas H. Bateman, III, of Messer Caparello, P.A., 2618 Centennial Place, P.O. Box 15579, Tallahassee, Florida 32308, Tel. (850) 201-5221.

Dated: June 21, 2024

Respectfully submitted,

*/s/ James V. Cook*
James V. Cook (FBN 0966843)
Law Office of James Cook
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
cookjv@gmail.com

---

[1] Amended to correct a scrivener's error as to the date of mediation.

/s/ *James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345
Tel.  (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff*