UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

        Plaintiff,

v.                                          Case No. 3:23-cv-1478-WWB-JBT

TONY ANDERSON, et al.,

        Defendants.
_____

## ORDER

Defendants' unopposed Motion for Entry of HIPPA-Qualified Protective Order (Doc. 50) is **TAKEN UNDER ADVISEMENT**. Defendants indicate in the Motion that they will seek access to "[r]ecords relating to medical conditions or injuries suffered by Plaintiff, and examination, care or accommodation for those conditions," and "other records relevant to claims or defenses . . . ." Doc. 50 at 2. In the proposed protective order, Defendants also include other categories of documents, including records relating to Plaintiff's mental health conditions and records relating to injuries suffered by other inmates or corrections officers in the course of the same episode as the injuries to Plaintiff. *See id.* at 8 ¶¶ 4.b. to 4.d. The inclusion of records relating to other inmates and corrections officers (¶¶ 4.c. and 4.d.) does not appear necessary given the catch-all provision included. Additionally, the Court does not want the proposed protective order to be misinterpreted as the Court requiring such records be produced without objection.

Therefore, by **July 15, 2024**, Defendants shall confer with Plaintiff's counsel and either (1) file an amended proposed protective order that does not include paragraphs

4.c. and 4.d. or (2) submit a supplemental brief with citation to legal authority explaining the necessity of these two paragraphs.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of June, 2024.

JOEL B. TOOMEY
United States Magistrate Judge

JAX-3 6/28
c:
Counsel of Record