UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    **Plaintiff,**

v.                                                                                           Case No. 3:23-cv-1478

TONY ANDERSON, DAVID SNOW,
MICHAEL BROWN, STERLING PEUGH,
TRENT RULEVITCH, SIFOA ROBBINS,
WILLIE OLIVER, LYNDELL HAMPTON,
ROBERT PETRY, JOEL STARLING, and
ROBERT BROWN, individually,

    **Defendants.**
_____/

## AFFIDAVIT OF DAVID SNOW

STATE OF FLORIDA
COUNTY OF _____

**BEFORE ME, personally appeared David Snow, who, after taking an oath, states the following on his own personal knowledge:**

1. I am over eighteen (18) years old, competent to testify in a court of law and have personal knowledge of the facts stated herein.

2. I am currently employed by the Florida Department of Corrections (FDC) as a Corrections Officer, and I have held this position since October 25, 2013. For the entirety of my employment with FDC, I have been assigned to Hardee Correctional Institution (Hardee CI).

3. On March 6, 2024, I was served a summons notifying me that the Plaintiff and his counsel had identified me as a Defendant in the instant matter. To say I was surprised would be an understatement, and I believe that I have been wrongly identified as a Defendant in this matter.

4. Hardee CI is located in Hardee County, FL, over 200 miles southwest of Union County, Florida, where both Florida State Prison and Union Correctional Institution (Union CI) are located.

5. I have been to Florida State Prison one (1) time to transport an inmate from Hardee CI; I did enter the secure compound at that time for the sole purpose of the inmate transfer.

6. I have been to Union CI one (1) time as well, but I did not enter the secure compound as I was simply refueling my FDC vehicle to return to Hardee CI.

7. At the time of the events alleged in the Plaintiff's Complaint, I was assigned to a Laundry Duty Officer post at Hardee CI.

8. I am familiar with the Emergency Action Center (EAC), but I have never been assigned the EAC duty officer, worked at or for EAC in any capacity, nor have I even called the EAC during the tenure of my employment with FDC.

9. To the best of my knowledge, I do not know nor have I ever encountered the Plaintiff, Genard Denez Chestnut.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 29 day of May 2024

David Snow, _____ at Hardee C.I.

The foregoing instrument was sworn to and subscribed before me this 29 day of May 2024, by David Snow, who is personally known to me or has produced FLORIDA D/L as identification.

PAUL F. SABATIER-SMITH
Notary Public-State of Florida
Commission # HH 226355
My Commission Expires
March 21, 2026

NOTARY PUBLIC

My Commission Expires: MARCH 21, 2026