## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**GENARD DENEZ CHESTNUT,**

     **Plaintiff,**

**v.**                                                                          **Case 3:23-CV-1478 -WWB-JBT**

**TONY ANDERSON, DAVID SNOW,**
**MICHAEL BROWN, STERLING**
**PEUGH, TRENT RULEVITCH,**
**SIFOA ROBBINS, WILLIE OLIVER,**
**LYNDELL HAMPTON, ROBERT**
**PETRY, JOEL STARLING, and**
**ROBERT BROWN, individually,**

     **Defendants.**
_____/

## NOTICE OF APPEARANCE AND LEAD COUNSEL DESIGNATION

The undersigned hereby files this Notice of Appearance as Counsel of record

and designation as lead counsel for Defendants, TONY ANDERSON, DAVID

SNOW, MICHAEL BROEN, STERLING PEUGH, TRENT RULEVITCH, SIFOA

ROBBINS, WILLIE OLIVER, LYNDELL HAMPTON, ROBERT PETRY, JOEL

STARLING, and ROBERT BROWN, in the above-referenced case. Please direct all

pleadings, correspondence, and other communications regarding this case to:

    Jami M. Kimbrell
    Howell, Buchan, & Strong
    2898-6 Mahan Drive
    Tallahassee, Florida 32308
    Phone: (850) 877-7776

Email: Jami@jsh-pa.com

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com
*Attorney for Defendants,*
*Tony Anderson, David Snow, Michael*
*Broen, Sterling Peugh, Trent Rulevitch,*
*Sifoa Robbins, Willie Oliver, Lyndell*
*Hampton, Robert Petry, Joel Starling,*
*and Robert Brown*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of foregoing has been served on

all counsel of record by CM/ECF on July 21, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell