UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENARD DENEZ CHESTNUT,**

    Plaintiff,

v.                                             Case 3:23-CV-1478 -WWB-JBT

**TONY ANDERSON, DAVID SNOW,
MICHAEL BROWN, STERLING
PEUGH, TRENT RULEVITCH,
SIFOA ROBBINS, WILLIE OLIVER,
LYNDELL HAMPTON, ROBERT
PETRY, JOEL STARLING, and
ROBERT BROWN, individually,**

    Defendants.
_____/

**LAUREN F. STRICKLAND'S MOTION TO WITHDRAW**

The undersigned hereby moves to withdraw as counsel of record for Defendants, TONY ANDERSON, DAVID SNOW, MICHAEL BROEN, STERLING PEUGH, TRENT RULEVITCH, SIFOA ROBBINS, WILLIE OLIVER, LYNDELL HAMPTON, ROBERT PETRY, JOEL STARLING, and ROBERT BROWN, in the above-referenced case and states the following in support thereof:

    1.    Defendants, TONY ANDERSON, DAVID SNOW, MICHAEL BROEN, STERLING PEUGH, TRENT RULEVITCH, SIFOA ROBBINS, WILLIE OLIVER, LYNDELL HAMPTON, ROBERT

   PETRY, JOEL STARLING, and ROBERT BROWN, have consented to the withdrawal.

2.  Attorney Jami M. Kimbrell with Howell, Buchan & Strong will continue to appear in this case as lead counsel for Defendants. Therefore, this withdrawal will not cause any delays with deadlines or the trial.

3.  All requirements of Local Rule 11.1(1)(b) have been met.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and remove Lauren F. Strickland as counsel for Defendants,

        Respectfully submitted,

        /s/ *Lauren F. Strickland*
        Lauren F. Strickland, Esq.
        Florida Bar No. 0070781
        Howell, Buchan & Strong
        2898-6 Mahan Drive
        Tallahassee, Florida 32308
        Telephone: (850) 877-7776
        Email: Lauren@jsh-pa.com
        *Attorney for Defendants,*
        *Tony Anderson, David Snow, Michael Broen, Sterling Peugh, Trent Rulevitch, Sifoa Robbins, Willie Oliver, Lyndell Hampton, Robert Petry, Joel Starling, and Robert Brown*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by CM/ECF on July 22, 2024.

/s/ *Lauren F. Strickland*
Lauren F. Strickland