UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                                                                                 Case No. 3:23-cv-1478-WWB-SJH

TONY ANDERSON, et al.,

    Defendants.
_____

## ORDER

    1.    Defendants' Motion for Entry of HIPPA-Qualified Protective Order (Doc. 50) is **DENIED without prejudice** for Defendants' failure to comply with the Court's Order (Doc. 51).

    2.    On June 11, 2024, the Court directed Defendants to respond to the Amended Complaint by July 11, 2024. *See* Order (Doc. 45). Defendant Robert Brown's response is overdue. By **August 16, 2024**, Defendant Robert Brown must (1) show cause why the Clerk should not enter a default against him for his failure to timely respond to the Amended Complaint; and (2) file a response to the Amended Complaint (Doc. 44).

    3.    Lauren F. Strickland's Motion to Withdraw (Doc. 67) is **GRANTED**, because the Court finds good cause and Defendants will remain represented by other

counsel. The Clerk shall terminate Lauren F. Strickland as counsel of record for Defendants.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of July, 2024.

Samuel J. Horovitz
United States Magistrate Judge

caw 7/22
c:
Counsel of Record