**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GENARD DENEZ CHESTNUT,

       Plaintiff,

v.                               Case No. 3:23-cv-1478-WWB-SJH

TONY ANDERSON, et al.,

       Defendants.

_____

<u>**ORDER**</u>

Defendant David Snow filed an Amended Motion to Dismiss, arguing that he is not the "David Snow" named in the Amended Complaint. (Doc. 63). In response, "Plaintiff concedes that David Snow was the wrong Snow," and requests the Court quash service as to this David Snow. (Doc. 64).

Upon review, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant David Snow's Amended Motion to Dismiss (Doc. 63) is **GRANTED only to the extent** that service of process is **QUASHED** as to David Snow only.

2. Finding good cause, the Court *sua sponte* extends the time by which Plaintiff must serve Defendant Snow. Plaintiff must serve Defendant Snow and provide proof of service by **August 22, 2024**.

3. Counsel are directed to review Local Rule 3.01(g). Counsel for David Snow first filed a Motion to Dismiss on July 1, 2024, and certified that "Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel for David

conferred with counsel for the Plaintiff.  Counsel for Defendant attempted to confer with Plaintiff's counsel but has not received a response and will update the Court accordingly."  (Doc. 57 at 6).  More than two weeks later, on July 16, 2024, Snow filed the Amended Motion to Dismiss, making the same argument that the wrong person was served, and included the identical certification.  (Doc. 63 at 6).  In Plaintiff's Response, Plaintiff advises that defense counsel "wrote the following after 7 p.m. before filing the motion to dismiss: 'If I had to guess, I would say that you object" to a motion by Snow, but without explaining the basis" of the motion.  (Doc. 64 at 2).  Had the parties actually conferred in good faith in compliance with Local Rule 3.01(g), it appears defense counsel could have obviated the need to file a motion to dismiss.  Any future filings that do not comply with Local Rule 3.01(g) will be denied without prejudice.

**DONE AND ORDERED** in Jacksonville, Florida, on July 22, 2024.



_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE



Jax-3 7/19
c:      Counsel of Record

2