UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENARD DENEZ CHESTNUT,**

    **Plaintiff,**

v.                                                                               Case No. 3:23-cv-1478

**TONY ANDERSON, DAVID SNOW,
MICHAEL BROWN, STERLING PEUGH,
TRENT RULEVITCH, SIFOA ROBBINS,
WILLIE OLIVER, LYNDELL HAMPTON,
ROBERT PETRY, JOEL STARLING, and
ROBERT BROWN, individually,**

    **Defendants.**
_____/

## DEFENDANT ROBERT BROWN'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Defendant, ROBERT BROWN, by and through undersigned counsel, responds to the Court's Order to Show Cause [ECF Doc. 68], and respectfully requests, pursuant to Fed. R. Civ. P. 60(b), that the Court accept his Answer to the Amended Complaint [ECF Doc. 44] as timely filed, and states the following in support thereof:

1. On December 18, 2023, Plaintiff filed his original Complaint in the instant case, naming eleven individuals as the Defendants. [ECF. Doc. 1]

2. On May 29, 2024, the Defendants filed their responsive documents to the Complaint, in the form of five Motions to Dismiss [ECF Docs. 35-39] and six Answers [ECF Docs. 29-34]. This included an Answer on behalf of Robert Brown. [ECF Doc. 32].

3. On June 10, 2024, Plaintiff filed an Amended Complaint. [ECF Doc. 44].

4. On June 11, 2024, the Court entered an Order denying the previously filed Motions to Dismiss [ECF Docs. 35-39] as moot and directed the Defendants to respond to the Amended Complaint by July 11, 2024. [ECF Doc. 45].

5. On July 1, 2024, the previous counsel for Defendants, Lauren F. Strickland, filed the other ten Defendants' responsive documents to the Amended Complaint. [ECF Docs. 52-63].

6. Robert Brown had a completed and finalized Answer drafted that was prepared and meant to be filed on July 1, 2024, but while filing the eleven separate responses to the Amended Complaint, Defendants' previous counsel inadvertently omitted Robert Brown's Answer to the Amended Complaint.

7. On July 22, 2024, Lauren F. Strickland withdrew as counsel of the eleven named Defendants, as she has recently assumed a different role at the firm of Howell, Buchan & Strong.

8. The undersigned counsel assumed the position of lead counsel of the Defendants and filed a Notice of Appearance for the eleven individuals on July 21, 2024.

9. The omission of Robert Brown's response to the Amended Complaint was not brought to the attention of the undersigned counsel until receiving the Order directing Robert Brown to show cause. [ECF Doc. 68].

10. The Federal Rules of Civil Procedure allows for a court to relieve a party from a final judgment or order for "mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b)

11. "Excusable neglect may be shown when the failure to comply with a filing deadline is attributable to negligence." *Chege v. Ga. Dep't of Juvenile Justice*, 815 Fed.Appx. 425, 427 (11th Cir. 2020) (quoting *Cheney v. Anchor Glass Container Corp.*, 71 F.3d 848, 850 (11th Cir. 1996)) (internal quotations omitted). "Whether a party's noncompliance with a deadline constitutes excusable neglect is an equitable decision turning on all relevant circumstances surrounding the party's omission." *Id.* There are several relevant factors that courts consider when evaluating whether excusable neglect is present, such as "(1) the danger of prejudice, (2) the length of the delay and its potential impact on the proceedings, (3) the reason for the delay,

and (4) whether the movant acted in good faith." *Foudy v. St. Lucie Cnty. Sherrif's Office*, 677 Fed.Appx. 657, 660-1 (11th Cir. 2017).

12. Here, the inadvertent and good faith omission by Defendants' previous counsel constitutes excusable neglect. This omission has caused no prejudice against the opposing party, as the Answer has been filed less than a month after the deadline to file such, and this case is still in its relatively early stages. This was a mere unintentional oversight of the filing of one of eleven individual responses.

**WHEREFORE**, Defendants respectfully request that this Court accept Robert Brown's Answer to the Amended Complaint filed on July 26, 2024, as timely filed.

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com
*Attorney for Defendant Robert Brown*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on July 26, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell, Esq.
