UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                                                                                  Case No. 3:23-cv-1478-WWB-SJH

TONY ANDERSON, et al.,

    Defendants.
_____

## ORDER

The portion of the Order (Doc. 68) directing Defendant Robert Brown to show cause for his failure to timely file a response to the Amended Complaint is **DISCHARGED**. *See* Response (Doc. 70); Answer (Doc. 71). The Court **ACCEPTS as timely filed** Defendant Robert Brown's Answer (Doc. 71).

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of July, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

caw 7/30
c:
Counsel of Record