UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.   Case No. 3:23-cv-1478-WWB-SJH

TONY ANDERSON, et al.,

    Defendants.
_____

## ORDER

Defendants' Amended Unopposed Motion for Entry of HIPPA-Qualified Protective Order (Doc. 73) is **GRANTED**. The Court will enter separately the proposed HIPAA-Qualified Protective Order with minor non-substantive modifications.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of August, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

caw 8/5
c:
Counsel of Record