UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

TONY ANDERSON, *et al.*,

    Defendants.

Case No. 3:23-cv-1478-WWB-JBT

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DAVID SNOW**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Genard Denez Chestnut voluntarily dismisses Defendant David Snow without prejudice. This notice is intended to dismiss Defendant Snow only and does not affect any of Plaintiff's claims against the remaining defendants in this case.

Dated: August 16, 2024

    Respectfully submitted,

    */s/ James V. Cook*
    James V. Cook (FBN 0966843)
    Law Office of James Cook
    314 W. Jefferson Street
    Tallahassee, Florida 32301
    Tel. (850) 222-8080
    cookjv@gmail.com

/s/ James M. Slater
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345
Tel.  (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff*