**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                                  Case No. 3:23-cv-1478-WWB-SJH

TONY ANDERSON, et al.,

    Defendants.
_____

## ORDER

Pursuant to Plaintiff's Notice of Voluntary Dismissal of David Snow (Doc. 76), all claims against Defendant David Snow are **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The **Clerk** is directed to terminate David Snow as a party to this case and amend the case style accordingly.

**DONE AND ORDERED** in Jacksonville, Florida, on August 26, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

caw 8/20

c:    Counsel of Record