## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**GENARD DENEZ CHESTNUT,**

     **Plaintiff,**

**v.**                                       **Case No. 3 :23-cv-1478**

**TONY ANDERSON, et al.**

     **Defendants.**

_____/

## DEFENDANTS' NOTICE OF MEDIATION RESCHEDULING

Pursuant to the Court's Order [Doc. 47], Defendants provide notice that mediation has been rescheduled in this case for Monday, January 27, 2025, beginning at 9:00a.m. eastern time, being conducted via videoconference. The mediator on this case is Thomas H. Bateman, III, of Messer Caparello, P.A., 2618 Centennial Place, P.O. Box 15579, Tallahassee, Florida 32308, telephone number: (850) 201-5221.

Dated: October 8, 2024

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776

Jami@jsh-pa.com
*Attorney for Defendants,*
*Tony Anderson, David Snow,*
*Michael Brown, Sterling*
*Peugh, Trent Rulevitch, Sifoa*
*Robbins, Willie Oliver, Lyndell*
*Hampton, Robert Petry, Joel*
*Starling, and Robert Brown*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of foregoing has been

served on all counsel of record by CM/ECF on October 8, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell