UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

      Plaintiff,

v.                           Case No. 3:23-cv-1478-WWB-SJH

TONY ANDERSON, et al.,

      Defendants.

_____

## **ORDER**

Plaintiff's Unopposed Motion for Confidentiality Order (Doc. 79) is **TAKEN UNDER ADVISEMENT**. Plaintiff shall file a copy of Exhibit A, "Acknowledgment and Agreement," referred to in the proposed confidentiality order, Doc. 79-1,[1] by **November 8, 2024**.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of October, 2024.

                                    _____
                                    Samuel J. Horovitz
                                    United States Magistrate Judge

---

[1] Plaintiff indicates that Exhibit A was filed at Doc. 68-1, *see* Doc. 79-1 at 1, 5, but such document does not exist in this case.

caw 10/28
c:
Counsel of Record