UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

TONY ANDERSON, DAVID SNOW, MICHAEL BROWN, STERLING PEUGH, TRENT RULEVITCH, SIFOA ROBBINS, WILLIE OLIVER, LYNDELL HAMPTON, ROBERT PETRY, JOEL STARLING, ROBERT BROWN, individually,

    Defendants.

Case No. 3:23-cv-01478-WWB-SJH

## PLAINTIFFS' NOTICE TO THE COURT
## ON PLAINTIFF'S PROPOSED CONFIDENTIALITY ORDER

    Plaintiff GENARD DENEZ CHESTNUT, through counsel, pursuant to the Courts' Order (ECF 80), provides the attached copy of the proposed Confidentiality Order, with apologies for the confusion. The proposed Confidentiality Order should have been attached as ECF 79-1. Plaintiff's counsel may have confused the attached Confidentiality Order with the HIPAA Qualified Protective Order already granted as ECF 75.

    Respectfully Submitted,    *s/James V. Cook*
                                                      James V. Cook, Esq., FBN 0966843
                                                      Law Office of James Cook
                                                      314 West Jefferson Street
                                                      Tallahassee, Florida 32301
                                                      (850) 222-8080; 850 561-0836 fax
                                                      cookjv@gmail.com

>*/s/ James M. Slater*
>James M. Slater (FBN 111779)
>Slater Legal PLLC
>113 S. Monroe Street
>Tallahassee, Florida 32301
>Tel. (305) 523-9023
>james@slater.legal
>
>ATTORNEYS FOR PLAINTIFF

I CERTIFY the foregoing was filed electronically on 10/31/24 and served on all counsel registered with the CM/ECF electronic mail system:

>*s/James V. Cook*