UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                                        Case No. 3:23-cv-1478-WWB-SJH

TONY ANDERSON, et al.,

    Defendants.
_____

### ORDER

Plaintiff's Unopposed Motion for Confidentiality Order (Docs. 79, 81) is **GRANTED**. The Court will enter separately the proposed Confidentiality Order with minor non-substantive modifications.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of November, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

caw 11/1
c:
Counsel of Record