UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                                                            Case No. 3:23-cv-1478-WWB-SJH

TONY ANDERSON, et al.,

    Defendants.
_____

## ORDER

    The Motion for Entry of Protective Order Regarding Information Subject to the Prison Rape Elimination Act (Doc. 84), jointly filed by Plaintiff and non-party the Florida Department of Corrections and which is unopposed by Defendants, is **GRANTED**. The Court will enter separately the proposed protective order with minor non-substantive modifications and a limitation to paragraph 4.e.

    **DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of November, 2024.

Samuel J. Horovitz
United States Magistrate Judge

JAX-3 11/22
c:
Counsel of Record