**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                                                      Case No.: 3:23-cv-1478-WWB-SJH

TONY ANDERSON et al.,

    Defendants.

## ORDER

The Court has been advised by Plaintiff's Notice of Resolution (Doc. 89) that the above-styled action has been completely settled.

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** in Jacksonville, Florida, on January 17, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record