# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

TONY ANDERSON, DAVID SNOW, MICHAEL BROWN, STERLING PEUGH, TRENT RULEVITCH, SIFOA ROBBINS, WILLIE OLIVER, LYNDELL HAMPTON, ROBERT PETRY, JOEL STARLING, ROBERT BROWN, individually,

    Defendants.

Case No. 3:23-cv-1478-WWB-SJH

## STIPULATION TO DISMISSAL WITH PREJUDICE

Plaintiff GENARD CHESTNUT and Defendants TONY ANDERSON, \MICHAEL BROWN, STERLING PEUGH, TRENT RULEVITCH, SIFOA ROBBINS, WILLIE OLIVER, LYNDELL HAMPTON, ROBERT PETRY, JOEL STARLING, and ROBERT BROWN, through counsel, stipulate to the dismissal of the above-styled case with prejudice, all parties to bear their own fees and costs, all issues in controversy having been resolved.

Respectfully Submitted on March 5, 2025

/s/ Jami M. Kimbrell
JAMI M. KIMBRELL, ESQ.
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308

/s/James V. Cook
JAMES COOK, ESQ.
Florida Bar No. 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301

Telephone: (850) 877-7776
Jami@jsh-pa.com

Attorney for Defendants Tony Anderson, \Michael Brown, Sterling Peugh, Trent Rulevitch, Sifoa Robbins, Willie Oliver, Lyndell Hampton, Robert Petry, Joel Starling, and Robert Brown

(850) 222-808
cookjv@gmail.com

*/s/ James M. Slater*
JAMES M. SLATER, ESQ.
Florida Bar No. 111779
Slater Legal PLLC
2296 Henderson Mill Rd N.E.
Suite 116
Atlanta, GA 30345
Tel. (305) 523-9023
james@slater.legal

Attorneys for Plaintiff